**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE:

    Cherry Garden LLC,                                Chapter 11

                         Debtor.                    Case Number: 24-41144-nhl
-----------------------------------------------------------X

### ORDER AUTHORIZING AND DIRECTING THE DEBTOR'S ATTORNEY TO RETURN THE DOWN PAYMENT TO CHERRY 88 LLC

On April 19, 2024, the debtor Cherry Garden LLC (the "Debtor") and Cherry 88 LLC (the "Purchaser") entered into a Sale Agreement for the sale of the Debtor's real property located at 142-15 Cherry Avenue, Flushing, New York 11355 (the "Property"); and under the Sale Agreement, the Purchaser deposited a $300,000 down payment (the "Down Payment") with the Debtor's attorney, William Zou ("Attorney Zou"); and Attorney Zou is currently holding the Down Payment in his escrow account; and upon the motion of Cherry 88 LLC, dated February 20, 2025 (Dkt. No. 78), for the entry of an Order Authorizing and Directing the Debtor's Attorney to Return the Down Payment to Cherry 88 LLC (the "Motion"); and upon the Affirmation, dated February 20, 2025, of Andrew D. Solomon, the Purchaser's attorney, in support of the Motion (Dkt. No. 78); and sufficient notice of the Motion having been given to the Debtor, Debtor's counsel, the creditors, and the United States Trustee; and there being no opposition to the Motion; and the Court held a hearing on the Motion on March 25, 2025, at which appeared William X Zou (Counsel to Debtor), Avrum J. Rosen (Counsel to RELMO 14215 Holdings L.P), Nazar Khodorovsky (Office of the United States Trustee), and Andrew Dean Solomon (Counsel to Cherry 88 LLC); and after due deliberation and sufficient cause having been shown, it is hereby

1

ORDERED, that attorney William Zou is authorized and directed to return the Down

Payment of $300,000 from his escrow account to Cherry 88 LLC within 10 days from the date of

entry of this Order.



Dated: April 2, 2025
      Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge