**Rosen, Tsionis & Pizzo, PLLC**
38 New Street
Huntington, New York 11743
(631) 423-8527
Nico G. Pizzo, Esq.
Avrum J. Rosen, Esq.

*Counsel to RELMO 14215 Holdings L.P.*

**Hearing Date: November 13, 2025**
**Hearing Time: 11:00 am**
**Objection Date: November 6, 2025**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                Chapter 7

      CHERRY GARDEN LLC,                Case No.: 24-41144-nhl

                        Debtor.
-----------------------------------------------------------x

### NOTICE OF SERVICER RELMO 14215 HOLDINGS L.P. FOR THE ENTRY OF AN ORDER THE HOLDING THE DEBTOR'S PRINCIPAL, BOA GUI ZHUO IN CONTEMPT FOR HIS FAILURES TO COMPLY WITH THE SUBPOENA AND 2004 ORDERS, AND AWARDING SANCTION

**PLEASE TAKE NOTICE**, that the creditor, RELMO 14215 Holdings L.P. (the "RELMO"), in the above-captioned Chapter 7 case of Cherry Garden LLC (the "Debtor"), by and through its attorneys, Rosen, Tsionis & Pizzo, PLLC formerly known as the Law Offices of Avrum J. Rosen, PLLC, shall move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on **November 13, 2025 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, for the entry of an order, substantially in the form of the proposed order annexed hereto, pursuant to sections 105(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2004, 9014 and 9020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (i) holding the Debtor by and through the Debtor's principal, Boa Gui Zhuo (the "Debtor's Principal") in contempt for his failure to comply with: (a) this Court's Order entered on February 7, 2025 [Dkt. No. 74] (the "2004 Order"), and (b) this Court's Order dated August 6, 2025 [Dkt. No. 105] compelling the Debtor's Principal to comply with the 2004 Order (the "Compel Order"); (ii) imposing monetary sanctions against the Debtor's Principal (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be in writing, conform with Title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure and the E.D.N.Y. Local Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than **November 6, 2025** as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that only those objections that have been timely filed may be considered by the Court.

**PLEASE TAKE FURTHER NOTICE**, that the hearing shall not be held in person but shall be held by teleconference or videoconference using the Webex platform. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. Those registering with eCourt Appearances for hearings in less than 48 hours should allow up to 15 minutes after registration to receive the email with the telephone number. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned without notice other than an announcement in open Court.

Dated: October 15, 2025
      Huntington, New York

Respectfully submitted,

**Rosen, Tsionis & Pizzo, PLLC**

By:    */s/ Nico G. Pizzo*
     Avrum J. Rosen, Esq.
     Nico G. Pizzo, Esq.
     38 New Street
     Huntington, New York 11743
     (631) 423-8527
     arosen@ajrlawny.com
     npizzo@ajrlawny.com

     *Attorneys for RELMO*