UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 7

CHERRY GARDEN LLC,                              Case No.: 24-41144-nhl

Debtor.
-----------------------------------------------------------X

## DECLARATION IN SUPPORT OF
## AN ORDER AWARDING SANCTIONS

Nico G. Pizzo Esq., an attorney duly admitted to practice in the United States District Court for the Eastern District of New York, declares under oath and penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am a member of Rosen, Tsionis & Pizzo, PLLC, attorneys for the creditor, RELMO 14215 Holdings L.P. (the "RELMO"), in the above-captioned Chapter 11 case of Cherry Garden LLC (the "Debtor").

2.  I submit this Declaration in support of an award of attorneys' fees incurred solely as a result of litigation necessitated by the Debtor and the Debtor's principal, Boa Gui Zhuo (the "Debtor's Principal") failure to comply with this Court's 2004 Order and the Compel Order.

3.  Annexed hereto is a copy of my firm's related legal fees and expenses in the amount of $3,709.50.

4.  Other than the communications set forth in Exhibit B, neither the Debtor's counsel, nor the Debtor's Principal has contacted me to comply with the 2004 Order or the Compel Order.

Dated: October 14, 2025                       Respectfully Submitted,
        Huntington, New York
                                              **Rosen, Tsionis & Pizzo, PLLC**

                                              */s/ Nico G. Pizzo*
                                              Nico G. Pizzo, Esq.

**Rosen, Tsionis & Pizzo, PLLC**
38 New Street, Huntington, New York 11743
Professional Fees & Expenses: Limited to 2004 Dispute

Client: RELMO 14215 Holdings L.P.

| Type | Date | Activity category | Description | Hours | Rate ($) | Billable ($) | User |
|------|------|-------------------|-------------|-------|----------|--------------|------|
| TimeEntry | 2/26/2025 | A107 Communicate | Phone call with Debtor's counsel regarding 2004 Documents | 0.4 | 495 | 198 | Nico Pizzo |
| TimeEntry | 6/14/2025 | Asset Analysis and Recovery | Draft and file motion to compel 2004 Order | 2 | 495 | 990 | Nico Pizzo |
| TimeEntry | 7/31/2025 | Litigation | Prepare for and attend hearings on motion to compell and the strike lis pendens | 0.5 | 690 | 345 | Avrum Rosen |
| TimeEntry | 8/7/2025 | Litigation | Draft letter for service of Compel Order | 0.6 | 495 | 297 | Nico Pizzo |
| TimeEntry | 8/7/2025 | Litigation | Prepare subpoena and service of compel order and subpoenas | 0.4 | 495 | 198 | Nico Pizzo |
| TimeEntry | 9/18/2025 | Litigation | Appear on motion to compel | 0.5 | 690 | 345 | Avrum Rosen |
| TimeEntry | 10/14/2025 | Asset Analysis and Recovery | Draft Motion for contempt and sanctions against the debtor and debtor's principal | 2.7 | 495 | 1336.5 | Nico Pizzo |
| | | | | **7.1** | | **3709.5** | |