UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 7

        CHERRY GARDEN LLC,                         Case No.: 24-41144-nhl

                        Debtor.
-----------------------------------------------------------x

**ORDER GRANTING RELMO 14215 HOLDINGS L.P.'S MOTION TO CORRECT A MISTAKE OF SPELLING THE DEBTOR'S PRINCIPAL'S FIRST NAME, IN THE COMPEL ORDER [DKT. NO. 105] AND CONTEMPT ORDER [DKT. NO. 111 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60, MADE APPLICABLE HEREIN, PURSUANT TO FEDERAL RULE <u>OF BANKRUPTCY PROCEDURE 9024</u>**

RELMO 14215 Holdings L.P. (the "<u>Plaintiff</u>" or "<u>RELMO</u>"), the creditor in the above-captioned Chapter 7 case of Cherry Garden LLC (the "Debtor"), by and through its attorneys, Rosen, Tsionis & Pizzo, PLLC FKA the Law Offices of Avrum J. Rosen, PLLC, filed its application [Dkt. No. 117] (the "<u>Application</u>") seeking the entry of an order, pursuant to section 105 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and pursuant to Rule 60(a) of the Federal Rules of Civil Procedure (the "<u>Fed. R. Civ. P.</u>"), made applicable herein, pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), to correct a mistake arising from an oversight and to substitute "Bao Gui Zhuo" for "Boa Gui Zhuo" in: (i) the Court's *Order Directing And Compelling The Debtor And Its Principal To Comply With The 2004 Order And Subpoenas* [Dkt. No. 105] (the "<u>Compel Order</u>"); and (ii) the Court's *Order Awarding Monetary Sanctions Against The Debtor's Principal, Boa Gui Zhuo, For His Failure To Comply With Bankruptcy Court Order* [Dkt. No. 111] (the "<u>Contempt Order</u>"); and no opposition to the Application has been filed with the Court; and the Court having held a hearing on February 4, 2026; and RELMO having appeared at the hearing; and "Bao Gui Zhuo" having not appeared at

1

the hearing; and the Court has determined after due deliberation that sufficient cause exists to grant the Application and that RELMO is entitled to the relief, it is hereby

**ORDERED**, that the Application is granted to the extent set forth herein; and it is further

**ORDERED**, that under section 105 of the Bankruptcy Code and Fed. R. Civ. P. 60(a) the Compel Order and the Contempt Order shall be corrected to substitute "Bao Gui Zhuo" for "Boa Gui Zhuo"; and it is further

**ORDERED**, that the clerk of this Court is directed to substitute "Bao Gui Zhuo" for "Boa Gui Zhuo" on the record for each docket entry, 105 (Compel Order) and 111 (Contempt Order); and it is further

**ORDERED,** that all prior orders entered in this case shall remain in full force and effect, despite any spelling error, as set forth herein; and it is further

**ORDERED** that this Court may retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: February 18, 2026
    Brooklyn, New York



_Nancy Hershey Lord_

**Nancy Hershey Lord**
**United States Bankruptcy Judge**