## *Rosen, Tsionis & Pizzo*

**A Professional Limited Liability Company**
Attorneys at Law
38 New Street
Huntington, New York 11743
631 423 8527
npizzo@ajrlawny.com

AVRUM J. ROSEN
NICO G. PIZZO
ALEX E. TSIONIS+
(+ *also admitted in New Jersey*)

------------

DEBORAH L. DOBBIN
DANIEL J. LEBRUN

May 29, 2026

**VIA CM/ECF ONLY**
Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      **Re:**    **Cherry Garden LLC, Chapter 7 Case No.: 24-41144-nhl**

Dear Judge Stong:

My firm represents the plaintiff, RELMO 14215 Holdings L.P., (the "RELMO") in the above bankruptcy matter. RELMO previously filed a motion seeking an award of sanctions [ECF No. 105] (the "Motion"). By Order previously entered on November 20, 2025, the Honorable, Nancy Hershey Lord (Ret.), the Court awarded sanctions in favor of RELMO (the "Order").

Accordingly, it is respectfully requested that all matters relating to the Motion and Order be withdrawn and that any further hearings concerning the Motion and Order be marked off the Court's calendar.

If the Court has any questions or concerns, please contact the undersigned. Thank you.

      Very truly yours,

      */s/ Nico G. Pizzo*
      Nico G. Pizzo

Enc.